**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **1st LMM** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Marcos J Levy**   JOINT DEBTOR: _____   CASE NO.: **15-10131-JKO**
Last Four Digits of SS# **xxx-xx-3562**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **2,136.07** for months **1** to **60**;
B. $ _____ for months ____ to ____;
C. $ _____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **5,665.00**   TOTAL PAID $ **3,500.00**
Balance Due  $ **2,165.00**  payable $ **55.52** /month (Months **1** to **39**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Bayview Financial Loan**   Arrearage on Petition Date $ **3,867.27**
   Address: **Bankruptcy Dept; 4425 Ponce De Leon Blvd 5th Fl; Miami, FL 33146**
   Arrears Payment $ **64.45** /month (Months **1** to **60**)
   Account No: **Account No: xx6944**
   Regular Payment $ **750.00** /month (Months **60** to **60**)

2. **Chase Mtg**   Arrearage on Petition Date $ **0.00**
   Address: **Po Box 24696; Columbus, OH 43224**
   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: **Account No: xxxxxxxx4974**
   LMM Payment $ **1,058.00** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable   $ _____ /month (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **13.92** /month (Months **1** to **39**); Pay $ **69.44** /month (Months **40** to **60**) Total $2,000.00.
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

**Will Participate in the MMM Program for lender: Chase Mortgage Bank**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Marcos J Levy**
**Marcos J Levy**
Debtor

Date: _____